**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Lookin Up Enterprises, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and doing business as names | DBA  Lottoboat.net |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 45-2737607 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

100 14th Avenue South
Saint Petersburg, FL 33701
Number, Street, City, State & ZIP Code

Pinellas
County

**Mailing address, if different from principal place of business**

2687 WestChester Dr. N.
Clearwater, FL 33761
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor  __Lookin Up Enterprises, Inc.__                                    Case number (*if known*) _____
        *Name*

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 *U.S.C.* § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 *U.S.C.* § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ *Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))*

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5323__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 *U.S.C.* § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Lookin Up Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

**11. Why is the case filed in**        *Check all that apply:*
**this district?**
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**    ■ No
**have possession of any**
**real property or personal**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____
**Where is the property?** _____
                              Number, Street, City, State & ZIP Code
**Is the property insured?**
☐ No
☐ Yes.   Insurance agency    _____
          Contact name        _____
          Phone               _____

▰ **Statistical and administrative information**

**13. Debtor's estimation of**        *Check one:*
**available funds**
■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**    ■ 1-49             ☐ 1,000-5,000          ☐ 25,001-50,000
**creditors**                ☐ 50-99            ☐ 5001-10,000          ☐ 50,001-100,000
                             ☐ 100-199          ☐ 10,001-25,000        ☐ More than100,000
                             ☐ 200-999

**15. Estimated Assets**      ☐ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
                             ■ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
                             ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
                             ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

**16. Estimated liabilities**  ☐ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
                             ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
                             ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
                             ■ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **Lookin Up Enterprises, Inc.**                                    Case number (*if known*) _____
          Name

---

▇▇▇    **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 18, 2017**
               MM / DD / YYYY

*X* **/s/ Alex L. Atteberry**                                    **Alex L. Atteberry**
    Signature of authorized representative of debtor               Printed name

Title    **President**

**18. Signature of attorney**    *X* **/s/ Buddy D. Ford, Esquire**                    Date  **September 18, 2017**
                                     Signature of attorney for debtor                         MM / DD / YYYY

**Buddy D. Ford, Esquire**
Printed name

**Buddy D. Ford, P.A.**
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone  **(813)877-4669**        Email address   **All@tampaesq.com**

**0654711**
Bar number and State

---

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
*Tampa Division*
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In the Matter of: | } | Chapter 11 |
| | } | |
| LOOKIN UP ENTERPRISES, INC., | } | Case No.: 8:17-bk- |
| | } | |
| Debtor, | } | |
| | } | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, *Alex L. Atteberry*, declare, under penalty of perjury, that I am the President of LOOKIN UP ENTERPRISES, INC. (the "Corporation"), and that the following is a true and correct copy of the resolutions adopted by the Director(s) of said corporation at a special meeting duly called and held on the _18th_ day of September, 2017.

**"Whereas**, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**Be It Therefore Resolved**, that *Alex L. Atteberry*, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter  voluntary bankruptcy case on behalf of the corporation; and

**Be It Further Resolved**, that *Alex L. Atteberry*, President of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

**Be It Further Resolved**, that *Alex L. Atteberry*, President of this corporation is authorized and directed to employ Buddy D. Ford, Esquire, Florida Bar #0654711, attorney and the law firm of *Buddy D. Ford, P.A., 115 N. MacDill Avenue, Tampa, Florida 33609,* to represent the corporation in such bankruptcy case."

Date 09/18/2017        Signed _Alex L. Atteberry, President_
                        Alex L. Atteberry, President

**Fill in this information to identify the case:**

Debtor name  **Lookin Up Enterprises, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

*I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.*

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ■ *Schedule H: Codebtors (Official Form 206H)*
- ■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 18, 2017**        X /s/ **Alex L. Atteberry** _____
                                           Signature of individual signing on behalf of debtor

                                           **Alex L. Atteberry** _____
                                           Printed name

                                           **President** _____
                                           Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Lookin Up Enterprises, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................ $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................ $     **71,161.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................. $     **71,161.00**

| Part 2: | Summary of Liabilities |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **439,359.79**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................. $     **1,500.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................... +$     **233,340.43**

4.  **Total liabilities** .......................................................................................................
    Lines 2 + 3a + 3b      $     **674,200.22**

**Fill in this information to identify the case:**

Debtor name **Lookin Up Enterprises, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write *the debtor's name and case number (if known)*. Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

|  | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2. | Cash on hand | | | **$20.00** |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | **Iberiabank** | Checking | 5612 | **$1.00** |
| 3.2. | **JPMorgan Chase Bank, NA** | Checking | 1377 | **$10.00** |
| 3.3. | **Navy Federal Credit Union** | Checking | 3289 | **$30.00** |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        **$61.00**

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor   **Lookin Up Enterprises, Inc.**                    Case number *(if known)* _____
         Name

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:      **15,000.00**      -          **0.00**      = ....          **$15,000.00**
                                  ───────────────         ──────────────────────────
                                   face amount             doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                              **$15,000.00**
      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies boat parts, life vests and props | | $0.00 | | $500.00 |

23.   **Total of Part 5.**                                                              **$500.00**
      Add lines 19 through 22. Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 2

Debtor  __Lookin Up Enterprises, Inc.__                                    Case number *(If known)* _____
           Name

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>4 - Desks w/ 4 chairs, 3- file cabinets, and 2-shelves | $0.00 | | $2,000.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>3 - Copiers, 3 PCs, 3-Printers, 2 Laptops, 8-Tablets, 10 phones | $0.00 | | $3,000.00 |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                                    | $5,000.00 |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**   *Machinery, equipment, and vehicles*

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes *Fill in the information below.*

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. | Leased 2015 Hyundai Sonata w/ Option to purchase (Lienor: Hyundai) | $0.00 | N/A | $10,000.00 |
| 47.2. | Leased 2016 Chevy Traverse w/ option to purchase (Lienor: GM Financial) | $0.00 | | $14,000.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    __Lookin Up Enterprises, Inc.__                      Case number *(if known)* _____
               *Name*

|  |  |  |  |
|---|---|---|---|
| 47.3. | **Leased 2016 Chevy Camaro w/ option to purchase  (Lienor: GM Financial)** | $0.00 | $10,000.00 |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. | **2009 Yamaha Pwcrft, Title: xxx0062 - Wave Runner #7** | $0.00 | | $3,000.00 |
| 48.2. | **2005 Yamaha Pwcrft, Title: xxx1714 - Wave Runner #9** | $0.00 | | $3,000.00 |
| 48.3. | **2005 Yamaha Pwcrft, Title: xxx1752 - Wave Runner #10** | $0.00 | | $3,000.00 |
| 48.4. | **2011 Yamaha Pwcrft, Title: xxx3099 - Wave Runner #3** | $0.00 | | $3,000.00 |
| 48.5. | **1/2 interest in 2012 Yamaha Pwcrft, Title: xxx9575 - Wave Runner #4 (Lienor: Synchrony)** | $0.00 | | $1,500.00 |
| 48.6. | **8 - Kayaks** | $0.00 | N/A | $1,200.00 |
| 48.7. | **8 - SUPs (Stand Up Paddle Board)** | $0.00 | | $1,200.00 |
| 48.8. | **1-Tube 2-sets of Skis, 2-Wake boards, & 1-Knee Board** | $0.00 | | $500.00 |
| 48.9. | **Canoe** | $0.00 | | $200.00 |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                    $50,600.00
       Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ *No*
       ☐ *Yes*

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.

Debtor    **Lookin Up Enterprises, Inc.**                                          Case number *(if known)* _____
                    Name

☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   *Include all interests in executory contracts and unexpired leases not previously reported on this form.*

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | *Interests in insurance policies or annuities* | |
| 74. | *Causes of action against third parties (whether or not a lawsuit has been filed)* | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Possible Lawsuit against City of St. Pete** | Unknown |
| | Nature of claim | |
| | Amount requested                    **$0.00** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor    __Lookin Up Enterprises, Inc.__                    Case number *(if known)* _____
                Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $61.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $15,000.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $500.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $5,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $50,600.00 | |
| 88. Real property. *Copy line 56, Part 9*..............................................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $71,161.00 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $71,161.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Lookin Up Enterprises, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **GM Financial Leasing**<br>Creditor's Name<br><br>**PO Box 100**<br>**Buffalo, NY 14231**<br>Creditor's mailing address | *Describe debtor's property that is subject to a lien*<br>**Leased 2016 Chevy Traverse w/ option to**<br>**purchase (Lienor: GM Financial)** | $14,361.06 | $14,000.00 |

Creditor's email address, if known.

Describe the lien
**Lease w/ Option to Purchase**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Date debt was incurred
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**5359**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **GM Financial Leasing**<br>Creditor's Name<br><br>**PO Box 100**<br>**Buffalo, NY 14231**<br>Creditor's mailing address | *Describe debtor's property that is subject to a lien*<br>**Leased 2016 Chevy Camaro w/ option to**<br>**purchase  (Lienor: GM Financial)** | $10,496.01 | $10,000.00 |

Creditor's email address, if known

Describe the lien
**Lease w/ Option to Purchase**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Date debt was incurred
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**5426**

Do multiple creditors have an
interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Lookin Up Enterprises, Inc.**                                    Case number (if know)  _____
        _____
        Name

■ No
☐ Yes. Specify each creditor,                 ☐ Contingent
including this creditor and its relative       ☐ Unliquidated
priority.                                      ☐ Disputed

---

| 2.3 | **Hyundai Motor Financing** | Describe debtor's property that is subject to a lien | $10,000.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 20829
Fountain Valley, CA 92728**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

*Last 4 digits of account number*

Describe debtor's property that is subject to a lien
**Leased 2015 Hyundai Sonata w/ Option to
purchase (Lienor: Hyundai)**

Describe the lien
**Lease w/ Option to Purchase**
*Is the creditor an insider or related party?*
■ No
☐ Yes
*Is anyone else liable on this claim?*
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
*priority.*

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Independence Bank** | Describe debtor's property that is subject to a lien | $140,000.00 | $2,000.00 |
|---|---|---|---|---|

Creditor's Name

**1370 S. County Trail East
East Greenwich, RI 02818**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5000**

Describe debtor's property that is subject to a lien
**4 - Desks w/ 4 chairs, 3- file cabinets, and
2-shelves**

Describe the lien
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
*Is anyone else liable on this claim?*
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Independence Bank
2. Independence Bank**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Independence Bank** | Describe debtor's property that is subject to a lien | $140,000.00 | $2,000.00 |
|---|---|---|---|---|

Creditor's Name

**1370 S. County Trail
East Greenwich, RI 02818**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**4 - Desks w/ 4 chairs, 3- file cabinets, and
2-shelves**

Describe the lien
**UCC-1**
**Is the creditor an insider or related party?**
■ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 5

Debtor  **Lookin Up Enterprises, Inc.**                    Case number (if know) _____
_____
Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **5005** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.4** | ☐ Disputed |

---

**2.6 QuarterSpot, Inc.**
Creditor's Name

**2751 Prosperity Ave.
Suite 330, Suite 1402
Fairfax, VA 22031**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**90 days or less: Groupon**                    **$77,319.38**    **$15,000.00**

Describe the lien
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. Wide Merchant Group
2. QuarterSpot, Inc.
3. Yellowstone Capital, Inc.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

**2.7 Synchrony Bank**
Creditor's Name

**PO Box 965073
Orlando, FL 32896-5073**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**1/2 interest in 2012 Yamaha Pwcrft, Title: xxx9575 - Wave Runner #4 (Lienor: Synchrony)**                    **$3,740.94**    **$3,000.00**

Describe the lien
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Lookin Up Enterprises, Inc.**          Case number (if know) _____
　　　　　Name

| 2.8 | **Wide Merchant Group** | Describe debtor's property that is subject to a lien | $33,106.40 | $15,000.00 |

Creditor's Name

**1810 E. Sahara Avenue**
**Suite 100**
**Las Vegas, NV 89104**
Creditor's mailing address

**90 days or less: Groupon**

Describe the lien

**UCC-1 - Purchase & Sale of Future Receivables Agreement**

Is the creditor an insider or related party?
■ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?
Date debt was incurred
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Yellowstone Capital, Inc.** | Describe debtor's property that is subject to a lien | $10,336.00 | $15,000.00 |

Creditor's Name

**30 Broad Street**
**14th Floor**
**Newfane, NY 14108**
Creditor's mailing address

**90 days or less: Groupon**

Describe the lien

**UCC-1 / Judgment**

Is the creditor an insider or related party?
■ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?
Date debt was incurred
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

3.　Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.　| **$439,359.79** |

**Part 2:　List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **QuarterSpot, Inc.**<br>**c/o Altus Global Trade Sol**<br>**2400 Veterans Blvd., Ste.300**<br>**Kenner, LA 70062** | Line **2.6** | |

---

Debtor   __Lookin Up Enterprises, Inc.__                        Case number (if know)   _____
         _Name_

| | |
|---|---|
| QuarterSpot, Inc.<br>333 Seventh Ave., Suite 1402<br>New York, NY 10001 | Line __2.6__ |
| US Small Business Admin<br>c/o US Attorneys Office<br>"Civil Process Clerk"<br>400 N. Tampa Street<br>Tampa, FL 33602 | Line __2.4__ |
| US Small Business Admin<br>c/o Dept of Justice, Tax Div<br>PO Box 14198<br>Ben Franklin Station<br>Washington, DC 20044 | Line __2.4__ |
| US Small Business Admin<br>c/o US Attorney General<br>10th St. & Constitution Ave.<br>Washington, DC 20530 | Line __2.4__ |
| US Small Business Admin.<br>c/o Dept Of Justice, Tax Div<br>Attorney General<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | Line __2.4__ |
| Wide Merchant Investment<br>c/o Regent & Associates<br>3601 Audubon Place<br>Houston, TX 77006 | Line __2.8__ |
| Wide Merchant Investment<br>c/o AMA Recovery Group, LLC<br>3131 Eastside St., Ste. 350<br>Houston, TX 77098 | Line __2.8__ |
| Yellowstone Capital, LLC<br>c/o MCA Recovery, LLC<br>17 State Street, Ste. 4000<br>New York, NY 10004 | Line __2.9__ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lookin Up Enterprises, Inc.**

United States Bankruptcy Court for the:    *MIDDLE DISTRICT OF FLORIDA*

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and
Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** | **$0.00** |
|---|---|---|---|---|
| | **Department of Revenue**<br>**PO Box 6668**<br>**Tallahassee, FL 32314** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales and Use Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unknown, if any - noticing purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Lookin Up Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Amazon**
**Attn: Customer Service**
**PO Box 81226**
**Seattle, WA 98108-1226**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Bank of America**
**Attn: Bankruptcy Department**
**475 Cross Point Pkwy**
**PO Box 9000**
**Getzville, NY 14068-9000**

☐ Contingent
■ *Unliquidated*
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $979.96 |
|---|---|---|---|

**Barclaycard**
**Business Card Services**
**PO Box 84030**
**Columbus, GA 31908-4030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit Card**

Last 4 digits of account number  3188

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,810.97 |
|---|---|---|---|

**BB&T**
**PO Box 200**
**Wilson, NC 27894-0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit Card**

Last 4 digits of account number  5937

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,099.89 |
|---|---|---|---|

**BB&T**
**PO Box 2322**
**Lumberton, NC 28359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Line of Credit**

Last 4 digits of account number  5998

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,787.11 |
|---|---|---|---|

**Chase**
**PO Box 15123**
**Wilmington, DE 19850-5123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit Card**

Last 4 digits of account number  5762

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Chevron**
**PO Box 921729**
**Norcross, GA 30010-1729**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Fuel Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor __Lookin Up Enterprises, Inc.__                     Case number (if known) _____
        Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |

**3.8**

Nonpriority creditor's name and mailing address
De Lage Landen Financial Svc
1111 Old Eagle School Rd.
Wayne, PA 19087

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     $20,000.00
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  3 Copiers - Lease w/ Buyout option - Given back to
agent who is trying to sell to pay remainder of the lease

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9**

Nonpriority creditor's name and mailing address
Dex Media
PO Box 619810
Dallas, TX 75261-9810

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     $728.20
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10**

Nonpriority creditor's name and mailing address
Harborage Land, LLC
1110 3rd Street South
Saint Petersburg, FL 33701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     $8,115.02
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lease Arrearages

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11**

Nonpriority creditor's name and mailing address
PNC Bank
PO Box 3429
Pittsburgh, PA 15230-3429

Date(s) debt was incurred _
Last 4 digits of account number  3803

As of the petition filing date, the claim is: Check all that apply.                     $21,146.02
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12**

Nonpriority creditor's name and mailing address
T-Mobile
Attn: Customer Relations
PO Box 37380
Albuquerque, NM 87176-7380

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     Unknown
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13**

Nonpriority creditor's name and mailing address
US Small Businss Admin
801 Tom Martin Dr., Ste. 120
Birmingham, AL 35211

Date(s) debt was incurred _
Last 4 digits of account number  5000

As of the petition filing date, the claim is: Check all that apply.                     $79,100.17
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fema loan - secured by principal's homestead

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14**

Nonpriority creditor's name and mailing address
Wells Fargo
PO Box 29482
Phoenix, AZ 85038-8650

Date(s) debt was incurred _
Last 4 digits of account number  5947

As of the petition filing date, the claim is: Check all that apply.                     $4,373.09
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Lookin Up Enterprises, Inc.**                           Case number (if known) _____
          _____
          Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Zlatan Zekic**
c/o J. Emory Wood, Esq.
1034 16th Street N.
Clearwater, FL 33761

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit - Personal Injury**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   *If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.*

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 1,500.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 233,340.43 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 234,840.43 |

**Fill in this information to identify the case:**

Debtor name    **Lookin Up Enterprises, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

    **2. List all contracts and unexpired leases**

    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (EQ) - 2005 Yamaha Pwcrft, Title: xxx8856 - Wave Runner #8, 2015 Yamaha Pwcrft, Title: xxx1134 - Wave Runner #13, and 2015 Pontoon boat -#P2** | |
| | State the term remaining | **Month-to-Month** | |
| | List the contract number of any government contract | | **EQ - Alex L. Atteberry** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (EQ) -2001 AquaSport boat #WA8** | |
| | State the term remaining | | **EQ - Ashley L. Russell** |
| | List the contract number of any government contract | | **2757 5th Court** **Palm Harbor, FL 34684** |
| 2.3. | *State what the contract or lease is for and the nature of the debtor's interest* | **Equipment Lease (EQ) -Two 2012 Yamaha Pwcrft - Wave Runners #5 & #6 and 2012 NauticStar deck boat #D3** | |
| | State the term remaining | **Month-to-Month** | |
| | List the contract number of any government contract | | **EQ - Diana L. Atteberry** **2887 Westchester Dr. N.** **Clearwater, FL 33761-3026** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (EQ) - 2007 Yamaha Jet Boat #J1** | |
| | State the term remaining | **Month-to-Month** | **EQ - Diane&William Atteberry** |

Debtor 1  **Lookin Up Enterprises, Inc.**

_____          Case number *(if known)* _____
First Name        Middle Name        Last Name

## ■ Additional Page If You Have More Contracts or Leases

**2. List all contracts and unexpired leases**          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

List the contract number of any
*government contract*          _____

---

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Automobile Leases (EQ) - 2016 Chevy Traverse and 2016 Chevy Camaro (w/ Options to purchase)** | |
|---|---|---|---|
| | State the term remaining | | **EQ - GM Financial Leasing** |
| | List the contract number of any *government contract* | _____ | **PO Box 100**<br>**Buffalo, NY 14231** |

---

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (EQ) - 2007 Deck Boat #D5** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | |
| | List the contract number of any *government contract* | _____ | **EQ - Jennifer Dobies** |

---

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord (LL) Lease - Building (Office) at 100 14th Avenue S., St. Petersburg, FL 33701 - ~$2,200 / mo. and Lease - Boat/Wave Runner storage - ~$1,700 / mo.** | |
|---|---|---|---|
| | State the term remaining | | **LL - Harborage Land Co., LLC** |
| | List the contract number of any *government contract* | _____ | **1110 3rd Street South**<br>**Saint Petersburg, FL 33701** |

---

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Executory Contract/Service Agreement (SA) - Internet & Phone** | |
|---|---|---|---|
| | State the term remaining | | **SA - Sprint** |
| | List the contract number of any *government contract* | _____ | **6391 Sprint Parkway**<br>**Overland Park, KS 66251** |

---

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease of 2015 Hyundai Sonata - Sublessor pays Debtor $500 / mo. (Lienor: Hyundai Motor Finance)** | |
|---|---|---|---|
| | State the term remaining | | **SL - Care Transportation** |

---

Debtor 1    **Lookin Up Enterprises, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

List the contract number of any
    government contract

**Fill in this information to identify the case:**

Debtor name **Lookin Up Enterprises, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Alex L. Atteberry | | Wide Merchant Group | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Ashley Russell | | Synchrony Bank | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Diana L. Atteberry | | Wide Merchant Group | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Diana L. Atteberry | | US Small Businss Admin | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Lookin Up Enterprises, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ■ Operating a business<br>■ Other  **Estimated YTD** | **$100,000.00** |
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$335,846.00** |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$395,849.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor **Lookin Up Enterprises, Inc.** Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ **None.**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ **None**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ **None**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Zlatan Zekic vs. Haris Vukalic, Et.Al. 17-004893-C1 | Circuit Civil - Negligence | Pinallas Clerk of Court 315 Court Street Clearwater, FL 33756 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Yellowstone Capital, LLC v. Lookin Up Enterprises, Inc., Et.Al. 26413/2017E | Civil | Supreme Court of the State of NY County of Bronx | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Lookin Up Enterprises, Inc.**                                        Case number *(if known)*

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Buddy D. Ford, P.A. 9301 W. Hillsborough Avenue Tampa, FL 33615-3008 | | 08/24/2017 | $10,000.00 |
| | Email or website address All@TampaEsq.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Maher Chevrolet Dealer | 2007 Chev Av - Traded in -- No equity transferred - Debtor believed dealer to add balance owed to loan of current chevys | 03/2016 | Unknown |
| | Relationship to debtor Third Party | | | |

**Part 7:    Previous Locations**

Debtor    **Lookin Up Enterprises, Inc.**                                        Case number *(if known)*  _____

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

**Address**                                                                    **Dates of occupancy**
                                                                               **From-To**

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | **Financial institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|---|
| 18.1. | JPMorgan Chase Bank, NA<br>PO Box 659754<br>San Antonio, TX 78265-9754 | XXXX-9998 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 06/2017 | Unknown |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor **Lookin Up Enterprises, Inc.** _____  Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Haborage Marina, LLC<br>Attn: C. Asselstine<br>1110 3rd Street S.<br>Saint Petersburg, FL 33701 | Officers (See #28 of the SoFA for names & addresses) | 5 leased boats; 4 leased wave runnders, and 5 owned wave runners | ☐ No<br>■ Yes |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Alex L. Atteberry<br>2687 Westchester Drive N.<br>Clearwater, FL 33761 | The Harborage Marina | 2005 Yamaha Pwcrft - Wave Runner (#8) [financed by Navy FCU - owe ~$2,000] | $3,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Alex L. Atteberry | The Harborage Marina | 2015 Yamaha Pwcrft - Wave Runner (#13) | $4,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Alex L. Atteberry | The Harborage Marina | 2015 Pontoon Boat (#P2) [financed by USAA - owes ~$27,000) | $22,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Diana L. Atteberry<br>2687 Westchester Drive N.<br>Clearwater, FL 33761 | The Harborage Marina | Two 2012 Yamaha Pwcrft - Wave Runners (#5 & #6) [financed by Synchrony Bank - ~$14,000] | $6,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Diana L. Atteberry | The Harborage Marina | 2012 NauticStar - Deck boat (#D3) [financed by BB&T - owe ~$17,000) | $12,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Diana & William Atteberry | The Harborage Marina | 2007 Yamaha Jet Boat (#J1) [financed by Synchrony - owe ~$17,000) | $12,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor  **Lookin Up Enterprises, Inc.**  _____    Case number *(if known)*  _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jennifer Dobies** | **The Harborage Marina** | **2007 Deck Boat (#D5)** [financed by USAA - owe ~$9,000] | **$20,000.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ashley Russell** | **The Harborage Marina** | **2001 AquaSport  boat (#WA8)** [financed by Navy FCU - owe ~$11,000] | **$14,000.00** |

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. *Has the debtor notified any governmental unit of any release of hazardous material?*

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
|  |  | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

Debtor    **Lookin Up Enterprises, Inc.**                                      Case number *(if known)*

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Diana L. Atteberry**<br>2687 WestChester Dr. N.<br>Clearwater, FL 33761 | **08/04/2011 (Incorporation) to present** |
| 26a.2. | **Darren Kenney, CPA**<br>**D H Kenney Accountancy**<br>33161 Camino Capistrano, Ste. M<br>San Juan Capistrano, CA 92675-4841 | **2011 to Present** |
| 26a.3. | **Alex L. Atteberry**<br>2687 Westchester Drive N.<br>Clearwater, FL 33761 | **2011 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

**Name and address**                                                    **If any books of account and records are unavailable, explain why**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

**Name and address**

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Diana Lynn Atteberry | 2687 WestChester Dr. N.<br>Clearwater, FL 33761 | CEO/Director | 100% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Alex Linwood Atteberry | 2687 WestChester Dr. N.<br>Clearwater, FL 33761 | President | 0% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Ashley L. Russell | 2757 5th Court<br>Palm Harbor, FL 34684 | Secretary | 0% |

Debtor    **Lookin Up Enterprises, Inc.**                                          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| William L. Atteberry | 2994 Covewood Place Clearwater, FL 33761 | Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Ryan M. OConnell | 2687 WestChester Dr. N. Clearwater, FL 33761 | Vice President of Operations | 0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

|      | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|------|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1 | Diana L. Atteberry | $2,000 | Monthly | Draws (Wave Runners & Boat payments) |
|      | Relationship to debtor **Officer** | | | |
| 30.2 | Alex L. Atteberry | $2,000 | Monthly | Draws (Salary/Wave Runner & Pontoon boat payments) |
|      | Relationship to debtor **Officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

Debtor    **Lookin Up Enterprises, Inc.**                                    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

    **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 18, 2017**

**/s/ Alex L. Atteberry**                                    **Alex L. Atteberry**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re __Lookin Up Enterprises, Inc._____  Case No. _____

_____  Chapter __11__
                          Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Diana L. Atteberry**<br>**2687 WestChester Dr. N**<br>**Clearwater, FL 33761** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __September 18, 2017_____  Signature __/s/ Alex L. Atteberry_____

                                                    **Alex L. Atteberry**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Middle District of Florida**

In re   **Lookin Up Enterprises, Inc.**                                          Case No. _____

_____ Chapter   **11** _____
                              Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 18, 2017** _____         **/s/ Alex L. Atteberry** _____
                                                        **Alex L. Atteberry/President**
                                                        Signer/Title

Lookin Up Enterprises, Inc.
2687 WestChester Dr. N.
Clearwater, FL 33761

Buddy D. Ford, Esquire
Buddy D. Ford, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

Amazon
Attn: Customer Service
PO Box 81226
Seattle, WA 98108-1226

Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy
PO Box 9000
Getzville, NY 14068-9000

Barclaycard
Business Card Services
PO Box 84030
Columbus, GA 31908-4030

BB&T
PO Box 200
Wilson, NC 27894-0200

BB&T
PO Box 2322
Lumberton, NC 28359

Chase
PO Box 15123
Wilmington, DE 19850-5123

Chevron
PO Box 921729
Norcross, GA 30010-1729

De Lage Landen Financial Svc
1111 Old Eagle School Rd.
Wayne, PA 19087

Department of Revenue
PO Box 6668
Tallahassee, FL 32314

Dex Media
PO Box 619810
Dallas, TX 75261-9810

GM Financial Leasing
PO Box 100
Buffalo, NY 14231

Harborage Land, LLC
1110 3rd Street South
Saint Petersburg, FL 33701

Hyundai Motor Financing
PO Box 20829
Fountain Valley, CA 92728

Independence Bank
1370 S. County Trail East
East Greenwich, RI 02818

Independence Bank
1370 S. County Trail
East Greenwich, RI 02818

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

PNC Bank
PO Box 3429
Pittsburgh, PA 15230-3429

QuarterSpot, Inc.
2751 Prosperity Ave.
Suite 330, Suite 1402
Fairfax, VA 22031

QuarterSpot, Inc.
c/o Altus Global Trade Sol
2400 Veterans Blvd., Ste.300
Kenner, LA 70062

QuarterSpot, Inc.
333 Seventh Ave., Suite 1402
New York, NY 10001

Synchrony Bank
PO Box 965073
Orlando, FL 32896-5073

T-Mobile
Attn: Customer Relations
PO Box 37380
Albuquerque, NM 87176-7380

US Small Business Admin
c/o US Attorneys Office
"Civil Process Clerk"
400 N. Tampa Street
Tampa, FL 33602

US Small Business Admin
c/o US Attorney General
10th St. & Constitution Ave.
Washington, DC 20530

US Small Business Admin
c/o Dept of Justice, Tax Div
PO Box 14198
Ben Franklin Station
Washington, DC 20044

US Small Business Admin.
c/o Dept Of Justice, Tax Div
Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

US Small Businss Admin
801 Tom Martin Dr., Ste. 120
Birmingham, AL 35211

Wells Fargo
PO Box 29482
Phoenix, AZ 85038-8650

Wide Merchant Group
1810 E. Sahara Avenue
Suite 100
Las Vegas, NV 89104

Wide Merchant Investment
c/o Regent & Associates
3601 Audubon Place
Houston, TX 77006

Wide Merchant Investment
c/o AMA Recovery Group, LLC
3131 Eastside St., Ste. 350
Houston, TX 77098

Yellowstone Capital, Inc.
30 Broad Street
14th Floor
Newfane, NY 14108

Yellowstone Capital, LLC
c/o MCA Recovery, LLC
17 State Street, Ste. 4000
New York, NY 10004

Zlatan Zekic
c/o J. Emory Wood, Esq.
1034 16th Street N.
Clearwater, FL 33761

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Lookin Up Enterprises, Inc.** _____

_____  Case No. _____
Debtor(s)  Chapter  **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ..................................................................  $ _____**8,283.00**

   Prior to the filing of this statement I have received ....................................................  $ _____**8,283.00**

   Balance Due .......................................................................................................................  $ _____**0.00**

2.   $ __**1,717.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ☐ Debtor        ■ Other (specify):     **Additional fees/costs due after depletion of the retainer will be applied for**

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 18, 2017** _____        **/s/ Buddy D. Ford, Esquire** _____
_Date_                                                                                **Buddy D. Ford, Esquire 0654711**
                                                                                                    _Signature of Attorney_
                                                                                                    **Buddy D. Ford, P.A.**
                                                                                                    **9301 West Hillsborough Avenue**
                                                                                                    **Tampa, FL 33615-3008**
                                                                                                    **(813)877-4669  Fax: (813)877-5543**
                                                                                                    **All@tampaesq.com**
                                                                                                    _Name of law firm_

---