**Fill in this information to identify the case:**

Debtor name: Lookin Up Enterprises, Inc.
United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Independence Bank<br>1370 S. County Trail<br>East Greenwich, RI 02818 | | 4 - Desks w/ 4 chairs, 3- file cabinets, and 2-shelves | | $140,000.00 | $2,000.00 | $140,000.00 |
| Independence Bank<br>1370 S. County Trail East<br>East Greenwich, RI 02818 | | 4 - Desks w/ 4 chairs, 3- file cabinets, and 2-shelves | | $140,000.00 | $2,000.00 | $138,000.00 |
| US Small Businss Admin<br>801 Tom Martin Dr., Ste. 120<br>Birmingham, AL 35211 | | Fema loan - secured by principal's homestead | | | | $79,100.17 |
| QuarterSpot, Inc.<br>2751 Prosperity Ave. Suite 330, Suite 1402<br>Fairfax, VA 22031 | | 90 days or less: Groupon | Unliquidated | $77,319.38 | $15,000.00 | $77,319.38 |
| BB&T<br>PO Box 2322<br>Lumberton, NC 28359 | | Line of Credit | | | | $51,099.89 |
| PNC Bank<br>PO Box 3429<br>Pittsburgh, PA 15230-3429 | | Credit Card | | | | $21,146.02 |
| Bank of America<br>Attn: Bankruptcy Department<br>475 Cross Point Pkwy<br>PO Box 9000<br>Getzville, NY 14068-9000 | | Credit Card | Unliquidated | | | $20,000.00 |

Debtor   **Lookin Up Enterprises, Inc.**                                                   Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| De Lage Landen Financial Svc<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087 | | 3 Copiers - Lease w/ Buyout option - Given back to agent who is trying to sell to pay remainder of the lease | Unliquidated | | | $20,000.00 |
| Wide Merchant Group<br>1810 E. Sahara Avenue<br>Suite 100<br>Las Vegas, NV 89104 | | 90 days or less: Groupon | | $33,106.40 | $15,000.00 | $18,106.40 |
| BB&T<br>PO Box 200<br>Wilson, NC 27894-0200 | | Credit Card | | | | $12,810.97 |
| Chevron<br>PO Box 921729<br>Norcross, GA 30010-1729 | | Fuel Card | Unliquidated | | | $12,000.00 |
| Yellowstone Capital, Inc.<br>30 Broad Street<br>14th Floor<br>Newfane, NY 14108 | | 90 days or less: Groupon | Unliquidated | $10,336.00 | $15,000.00 | $10,336.00 |
| Harborage Land, LLC<br>1110 3rd Street South<br>Saint Petersburg, FL 33701 | | Lease Arrearages | | | | $8,115.02 |
| Wells Fargo<br>PO Box 29482<br>Phoenix, AZ 85038-8650 | | Credit Card | | | | $4,373.09 |
| Chase<br>PO Box 15123<br>Wilmington, DE 19850-5123 | | Credit Card | | | | $1,787.11 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314 | | Sales and Use Tax | | | | $1,500.00 |
| Amazon<br>Attn: Customer Service<br>PO Box 81226<br>Seattle, WA 98108-1226 | | Purchases | Unliquidated | | | $1,200.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Debtor  **Lookin Up Enterprises, Inc.**                                         Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Barclaycard Business Card Services PO Box 84030 Columbus, GA 31908-4030 | | Credit Card | | | | $979.96 |
| Synchrony Bank PO Box 965073 Orlando, FL 32896-5073 | | 1/2 interest in 2012 Yamaha Pwcrft, Title: xxx9575 - Wave Runner #4 (Lienor: Synchrony) | | $3,740.94 | $3,000.00 | $740.94 |
| Dex Media PO Box 619810 Dallas, TX 75261-9810 | | Services | | | | $728.20 |