**FORM 1**

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 17-08036 MGW  Judge: MICHAEL G. WILLIAMSON | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|
| Case Name: | Lookin Up Enterprises, Inc. | Date Filed (f) or Converted (c): | 07/13/18 (c) |
| | | 341(a) Meeting Date: | 08/14/18 |
| For Period Ending: | 03/31/21 | Claims Bar Date: | 09/21/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS  Iberia Checking  Iberia Bank Checking 5612 | 1.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS  JP Morgan Chase  JP Morgan Chase Bank, NA  Checking | 10.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS   Navy Federal Credit Union  Navy Federal Credit Union  Checking | 30.00 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE | 15,000.00 | 1,200.00 | | 1,366.38 | FA |
| 5. INVENTORY  Boat parts, life vests and props | 500.00 | 0.00 | OA | 0.00 | FA |
| 6. OFFICE EQUIPMENT  4-Desk w/4 chairs, 3 file cabinets and 2 shelves | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 7. OFFICE FIXTURES  3 copiers, 3 PCS, 3 printers 2 Laptops 8 tablets 10 phones | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 8. Vehicles   2015 Hyunda Sonata  2015 Hyundai Somata w/option to purchase  Lien Holder:  Hyundai | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 9. Vehicles  2016 Chevy Traverse  2016 Chevy Traverse w/option to purhcase  Lien Holder:  GM Financial | 14,000.00 | 0.00 | OA | 0.00 | FA |
| 10. Vehicles  2016 Chevy Camaro  2016 Chevy Camaro w/option to Purchase  Lien Holder:  GM Financial | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 11. VEHICLES  2009 Yamaha Pwcrft  2009 Yamaha Pwcrft | 3,000.00 | 3,000.00 | OA | 0.00 | FA |

LFORM1

Ver: 22.03b

| Case No: | 17-08036 | MGW | Judge: MICHAEL G. WILLIAMSON | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | Lookin Up Enterprises, Inc. | | | Date Filed (f) or Converted (c): | 07/13/18 (c) |
| | | | | 341(a) Meeting Date: | 08/14/18 |
| | | | | Claims Bar Date: | 09/21/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ttile xxx0062 Wave Runner #7 | | | | | |
| 12. Vehicles 2005 Yamaha Pwcrft | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 2005 Yamaha Pwcrft Title xxx1714 Wave Runner #9 | | | | | |
| 13. Vehicles 2005 Yamaha Pwcrft | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 2005 Yamaha Pwcrft Title xxx1752 | | | | | |
| 14. VEHICLES 2011 Yamaha Pwcrft | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 2011 Yamaha Pwcrft Title xxx3099 Wave Runner #3 | | | | | |
| 15. 1/2 Interest in 2012 Yamaha Pwcrft | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 1/2 interest in 2012 Yamaha Pwcrft Title xxx9575-Wave Runner #4 | | | | | |
| Lien Holder- Synchrony Bank | | | | | |
| 16. Vehicles 8 Kayaks | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 8 Kayaks | | | | | |
| 17. Other 8 SUP Stand Up Paddle Boards | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 8-SUPs Stand Up Paddle Baord | | | | | |
| 18. OTHER MISCELLANEOUS | 500.00 | 0.00 | OA | 0.00 | FA |
| 1 Tube, 2 sets of Skis, 2 Wake Boards & 1 Knee Board | | | | | |
| 19. OTHER Canoe | 200.00 | 0.00 | OA | 0.00 | FA |
| Canoe | | | | | |
| 20. CONTINGENT CLAIMS Possible lawsuit | Unknown | 1,500.00 | | 0.00 | FA |
| Possible lawsuit against City of St. Pete | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

| Case No: | 17-08036   MGW   Judge: MICHAEL G. WILLIAMSON |
|---|---|
| Case Name: | Lookin Up Enterprises, Inc. |

| Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 07/13/18 (c) |
| 341(a) Meeting Date: | 08/14/18 |
| Claims Bar Date: | 09/21/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. CONTINGENT CLAIMS  Claim filed in 17-09860 (u)  Claim filed in Debtor Principle personal bk case Atteberry  17-09860 | 0.00 | 5,000.00 | | 0.00 | 5,000.00 |
| TOTALS (Excluding Unknown Values) | $71,141.00 | $19,700.00 | | $1,366.38 | Gross Value of Remaining Assets $5,000.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-1/26/21 per PI atty not viable, just have claim in another case yet, then can close; ck status w/ trustee in other

case, still marshalling assets, estimate another year before can close.

-1/23/21 req update from PI atty.

-12/20 rev case w/ PI atty, and other trustee, if no movement,will start to close cases in early  2021.  This case has a

claim in the personal case, personal case needs to close and do distribution into this case before this one can close.

-10/30/20 rev case w/ PI atty and other trustee, update atty

-9/20 req status from PI atty

-6/15/20 email PI atty for update.

5/26/20-Proof of service on Order Sustaining Objection to Claim No. 13, 16, 21

5/23/20-Order on Claim 3 of Fleetcor-Order ID: 339840

5/23/20-Order on Claim 9-2 of Acar-Order ID: 339841

5/23/20-Order on Claim 13 of Dex Media-Order ID: 339842

5/23/20-Order on Claim 16 of Harborage Land -Order ID: 339843

5/23/20-Order on Objection to claim 21 of Two Seas-Order ID: 339844

-3/27/20 per Christine Herendeen, atty Mike Walker (PI) is changing firms, emailed Mike Walker and atty Robert E need

new employment app.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 4

| | | | |
|---|---|---|---|
| Case No: | 17-08036   MGW   Judge: MICHAEL G. WILLIAMSON | Trustee Name: | ANGELA WELCH , TRUSTEE |
| Case Name: | Lookin Up Enterprises, Inc. | Date Filed (f) or Converted (c): | 07/13/18 (c) |
| | | 341(a) Meeting Date: | 08/14/18 |
| | | Claims Bar Date: | 09/21/18 |

March 09, 2020, 11:27 am -Objection to CLaim No 21 od Two Seas Marine Servies-Duplicate Claim

March 09, 2020, 11:17 am -Objection to Claim No. 16 of Harborage Land Company -ISD

March 09, 2020, 11:11 am -Objection to Claim No. 13 of Dex Media-Insufficient Documentation-No Back up

March 09, 2020, 11:06 am -Objection to Claim No. 9-2 of Acar Leasing d/b/a GM Financial Leasing -ISD

March 09, 2020, 10:57 am -Objection to Claim No. 3 of Fleetcor Technoligies-Insuffient Documentation

-2/28/20 rev case w/ trustee in Atteberry case, waiting for PI.  City of St. Pete; rev case w/ attys.

-2/20 rev poc, needs obj

-1/20 discuss case w/ atty

-12/19 discuss case w/ atty

-11/19 discuss ccase w/ atty

-9/12/19 rev Walker issues

-9/4/19 rev case, sent ltr to atty Michael Walker req update on PI case. discuss case w/ atty.

-8/30/19 the personal case - Attebury which this estate has claim in, has converted from Ch. 11 to Ch 7.  Trustee Christeen Herendeen.

-8/20/19 meet w/ atty discuss case

-8/14/19 review ch 11 case have claim in, having issues in that case.

-7/19 discuss case w/ atty

-4/15/19  discuss case w/ atty Eric J re ch 11 pymts / claim in personal case.

-4/12/19 discuss case w/ atty eric J, filed Abandonment, sent ltr to PI atty Michael Walker for update on case, re claim in atteberrys personal case, discussed w/  UST.

-7/25/18 to pick up records

August 13, 2018, 01:44 pm -DMV SENT back 8/13/18

-8/14/18 341 and concluded.  Issues:  reviewing UCCs etc to determine what if anything can sell; req addl docs; PI city of st pete

-8/18 tt attty

-9/26/18 call from Chris re wave runners explained again

-10/18 working on reviewing docs

-12/18 req addl docs, reviewing.  SBA and bnk stmts.  referral.

-1/19 discuss case w atty

-2/1/19 discuss case w/ atty, d to provide addl info on transfers and rev w/ bnk stmts to file cliam in other case 17-09860, and  potential coa.  working on number for POC.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 5

| | | | |
|---|---|---|---|
| Case No: | 17-08036   MGW   Judge: MICHAEL G. WILLIAMSON | Trustee Name: | ANGELA WELCH , TRUSTEE |
| Case Name: | Lookin Up Enterprises, Inc. | Date Filed (f) or Converted (c): | 07/13/18 (c) |
| | | 341(a) Meeting Date: | 08/14/18 |
| | | Claims Bar Date: | 09/21/18 |

-3/19 file POC in personal case  17-09860  Alex & Diana Atteberry

-3/29/19  lm for Tim Yensch at Independence bank.

-3/29/19 draft Abandonment to atty to rev, req status on PI and transfer of funds from SBA to D issue.

-3/29/19 call from TIm Y Independence bank, discussed status.


Initial Projected Date of Final Report (TFR): 12/31/19      Current Projected Date of Final Report (TFR): 12/31/21

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-08036 -MGW | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|
| Case Name: | Lookin Up Enterprises, Inc. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******0943  Checking Account |
| Taxpayer ID No: | *******7607 | | |
| For Period Ending: | 03/31/21 | Blanket Bond (per case limit): | $ 30,832,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/10/18 | 4 | Deanna Rojas | ACCOUNTS RECEIVABLE | 1121-000 | 64.19 | | 64.19 |
| 08/10/18 | 4 | Bryan & Heather Corsini | ACCOUNTS RECEIVABLE | 1121-000 | 99.00 | | 163.19 |
| 08/10/18 | 4 | William & Hunter Atteberry | ACCOUNTS RECEIVABLE | 1121-000 | 50.00 | | 213.19 |
| 09/02/18 | 4 | Corsini | ACCOUNTS RECEIVABLE | 1121-000 | 99.00 | | 312.19 |
| 09/17/18 | 4 | Rojas Deana | ACCOUNTS RECEIVABLE | 1121-000 | 64.19 | | 376.38 |
| 10/02/18 | 4 | Bryan & Heather Corsini | ACCOUNTS RECEIVABLE | 1121-000 | 99.00 | | 475.38 |
| 11/06/18 | 4 | Brian & Heather Corsini | ACCOUNTS RECEIVABLE | 1121-000 | 99.00 | | 574.38 |
| 12/06/18 | 4 | Corsini | ACCOUNTS RECEIVABLE | 1121-000 | 99.00 | | 673.38 |
| 01/06/19 | 4 | Corsini | ACCOUNTS RECEIVABLE | 1121-000 | 99.00 | | 772.38 |
| 02/06/19 | 4 | Corsini | ACCOUNTS RECEIVABLE | 1121-000 | 99.00 | | 871.38 |
| 03/08/19 | 4 | Corsini | ACCOUNTS RECEIVABLE | 1121-000 | 99.00 | | 970.38 |
| 04/05/19 | 4 | Corsini | ACCOUNTS RECEIVABLE | 1121-000 | 99.00 | | 1,069.38 |
| 05/07/19 | 4 | Corsini | ACCOUNTS RECEIVABLE | 1121-000 | 99.00 | | 1,168.38 |
| 05/28/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,153.38 |
| 06/05/19 | 4 | Corsini | ACCOUNTS RECEIVABLE | 1121-000 | 99.00 | | 1,252.38 |
| 06/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,237.38 |
| 07/12/19 | 4 | Corsini | ACCOUNTS RECEIVABLE | 1121-000 | 99.00 | | 1,336.38 |
| 08/15/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 1,336.38 | 0.00 |

Page Subtotals     1,366.38     1,366.38

LFORM24

Ver: 22.03b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 17-08036 -MGW | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|
| Case Name: | Lookin Up Enterprises, Inc. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******0943  Checking Account |
| Taxpayer ID No: | *******7607 | | |
| For Period Ending: | 03/31/21 | Blanket Bond (per case limit): | $ 30,832,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,366.38 | 1,366.38 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 1,336.38 | |
| | | | Subtotal | | 1,366.38 | 30.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,366.38 | 30.00 | |

Page Subtotals    0.00    0.00

LFORM24

Ver: 22.03b

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-08036 -MGW | | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|---|
| Case Name: | Lookin Up Enterprises, Inc. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0556  Checking Account |
| Taxpayer ID No: | *******7607 | | | |
| For Period Ending: | 03/31/21 | | Blanket Bond (per case limit): | $ 30,832,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/15/19 | | Trsf In From Union Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 1,336.38 | | 1,336.38 |

```
                                        COLUMN TOTALS                    1,336.38         0.00         1,336.38
                                    Less: Bank Transfers/CD's            1,336.38         0.00
                                        Subtotal                             0.00         0.00
                                    Less: Payments to Debtors                              0.00
                                        Net                                  0.00         0.00
```

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********0943 | 1,366.38 | 30.00 | 0.00 |
| Checking Account - ********0556 | 0.00 | 0.00 | 1,336.38 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 1,366.38 | 30.00 | 1,336.38 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      1,336.38         0.00

Ver: 22.03b

LFORM24